IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 21, 2007

Charles R. Fulbruge III
Clerk

No. 07-40111
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ISRAEL ESTRADA-INFANTE

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:06-CR-735-1

Before JONES, Chief Judge, and REAVLEY and PRADO, Circuit Judges.

PER CURIAM:[*]

Israel Estrada-Infante (Estrada) appeals the sentence imposed following his guilty plea to illegal reentry. He argues that his sentence was unreasonable because the district court failed to consider his family ties and obligations and his rehabilitative efforts.

Estrada, however, has been released from federal custody and removed from the United States, leaving him subject only to an undischarged term of supervised release. Because Estrada has requested relief in the form of

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

resentencing, relief we cannot grant, his appeal is moot.  See United States v. Rosenbaum-Alanis, 483 F.3d 381, 383 (5thCir.), petition for cert. filed, (June 25, 2007) (No. 06-12082).  Accordingly, the appeal is DISMISSED.